UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| USI SOUTHWEST, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 3:22-cv-02161 |
| HUB INTERNATIONAL INSURANCE SERVICES, INC., | § | |
| Defendant. | § | |

## INDEX OF STATE COURT DOCUMENTS

| No. | Date Filed or Entered | Document |
|---|---|---|
| B   | N/A        | State Court Docket Sheet |
| C-1 | 08/16/2022 | Plaintiff's Original Petition |
| C-2 | 08/16/2022 | Citation for HUB International Insurance Services, Inc. |
| C-3 | 08/16/2022 | Jury Demand |
| C-4 | 09/02/2022 | Return of Service for Executed Citation for HUB International Insurance Services, Inc. |
| C-5 | 09/26/2022 | HUB International Insurance Services, Inc.'s Original Answer |

