## Case Information

DC-22-10234 | USI SOUTHWEST INC. vs. HUB INTERNATIONAL INSURANCE SERVICES, INC.

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-22-10234 | 193rd District Court | WHITMORE, BRIDGETT |
| **File Date** | **Case Type** | **Case Status** |
| 08/16/2022 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**
USI SOUTHWEST INC.

Address
9811 Katy Fwy #500
Houston TX 77024

Active Attorneys ▼
Lead Attorney
ALLEMAN, THOMAS B
Retained

**DEFENDANT**
HUB INTERNATIONAL INSURANCE SERVICES, INC.

Address
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE CORP
DBA CSC-LAWYERS INC
211 E 7TH ST STE 620
AUSTIN TX 78701

Active Attorneys ▼
Lead Attorney
WINSLETT, GREG K
Retained

## Events and Hearings



EXHIBIT B

08/16/2022 NEW CASE FILED (OCA) - CIVIL

08/16/2022 ORIGINAL PETITION ▼

ORIGINAL PETITION

08/16/2022 ISSUE CITATION ▼

ISSUE CITATION - HUB INTERNATIONAL INSURANCE SERVICES, INC

08/16/2022 JURY DEMAND ▼

FP FILE DESK JURY DEMAND FORM

08/30/2022 CITATION ▼

Served
08/31/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/02/2022

Comment
HUB INTERNATIONAL INSURANCE SERVICES, INC.

09/02/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - HUB INTERNATIONAL INSURANCE SERVICES, INC

   Comment
   EXECUTED CITATION - HUB INTERNATIONAL INSURANCE SERVICES, INC

09/26/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

## Financial

USI SOUTHWEST INC.
| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $368.00 |
| | Total Payments and Credits | | | $368.00 |
| 8/23/2022 | Transaction Assessment | | | $368.00 |
| 8/23/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 52028-2022-DCLK | USI SOUTHWEST INC. | ($231.00) |
| 8/23/2022 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION

FP FILE DESK JURY DEMAND FORM

ISSUE CITATION - HUB INTERNATIONAL INSURANCE SERVICES, INC

EXECUTED CITATION - HUB INTERNATIONAL INSURANCE SERVICES, INC

ORIGINAL ANSWER