CIVIL ACTION NO. 3:22-cv-02161

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court:

    | Court | Case Number |
    |---|---|
    | 193rd Judicial District, Dallas County | DC-22-10234 |

2. **Style of the Case:**

    USI Southwest, Inc. v. HUB International Insurance Services, Inc.

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaim(s), Crossclaimant(s), and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

    | Party and Party Type | Attorney(s) |
    |---|---|
    | **PLAINTIFF:**<br><br>**USI Southwest, Inc.** | Thomas B. Alleman<br>State Bar No. 01017485<br>DYKEMA GOSSETT PLLC<br>1717 Main, Suite 4200<br>Dallas, TX 75201<br>(214) 698-7830 (Telephone)<br>(855) 216-6218 (Facsimile)<br>talleman@dykema.com |

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| **DEFENDANT:**<br><br>**HUB International Insurance Services** | Greg K Winslett<br>Texas Bar No. 21781900<br>Jonathan A. Lautin<br>Texas Bar No. 24092669<br><br>QUILLING, SELANDER, LOWNDS,<br>   WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>(214) 871-2100 (Telephone)<br>(214) 871-2111 (Facsimile)<br>gwinslett@qslwm.com<br>jlautin@qslwm.com |

**3.    Jury Demand:**

Was a Jury Demand made in State Court?        Yes

   If "*Yes*" by which party and on what date?

| **Party** | **Date** |
|---|---|
| Plaintiff | August 16, 2022 |

**4.    Answer:**

Was an Answer made in State Court?        Yes

   If "*Yes*" by which party and on what date?

| **Party** | **Date** |
|---|---|
| Defendant HUB International Insurance Services | September 29, 2022 |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| N/A | |

**6.  Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| None | |

**7.  Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff: | Plaintiff contends that Defendant breached its contract by failing to pay sums owed under the contract. |
| Defendant: | Defendant disputes all liability and alleges that if Plaintiff is still owed any money, another party is responsible. |